AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Whaley, Robert H. | United States District Court | 07/16/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior District Court Judge | ☐ Nomination ☐ Date ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2011 <br> to <br> 12/31/2011 |

**7. Chambers or Office Address**

United States District Court
P.O. Box 283
Spokane, WA 99210-0283

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | University Trustee | Eastern Washington University |
| 2. | Member, Council on Public Legal Education | Washington State Bar Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/16/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2011 | Eastern Washington University, Trustee Salary | $405.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Winston & Cashatt, Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Mass Mutual | Loan | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FIDELITY INVESTMENTS ULTRA ACCOUNT: | | | | | | | | | |
| 2. -Core Cash Account | A | Dividend | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. FRANKLIN TEMPLETON: | | | | | | | | | |
| 5. -Templeton Developing Mrkts Trust Mut Fd | A | Dividend | J | T | | | | | |
| 6. | | | | | | | | | |
| 7. BNY MELLON: | | | | | | | | | |
| 8. -Occidental Petroleum Corp. Common Stock | A | Dividend | K | T | | | | | |
| 9. | | | | | | | | | |
| 10. FIDELITY EDUCATION ACCOUNT: | | | | | | | | | |
| 11. -NH 100% Equity Contribution | | None | J | T | Buy (add'l) | 01/31/11 | J | | |
| 12. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 13. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 14. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 15. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 16. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 17. | | | | | Buy (add'l) | 07/29/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/16/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 19. | | | | | Buy (add'l) | 09/29/11 | J | | |
| 20. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 21. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 22. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 23. | | | | | | | | | |
| 24. FIDELITY EDUCATION ACCOUNT: | | | | | | | | | |
| 25. -NH 100% Equity Contribution | None | J | T | | Buy (add'l) | 01/31/11 | J | | |
| 26. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 27. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 28. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 29. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 30. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 31. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 32. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 33. | | | | | Buy (add'l) | 09/29/11 | J | | |
| 34. | | | | | Buy (add'l) | 10/31/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 36. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 37. | | | | | | | | | |
| 38.  FIDELITY EDUCATION ACCOUNT: | | | | | | | | | |
| 39.  -NH 100% Equity Contribution | None | | J | T | Buy (add'l) | 01/31/11 | J | | |
| 40. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 41. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 42. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 43. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 44. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 45. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 46. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 47. | | | | | Buy (add'l) | 09/29/11 | J | | |
| 48. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 49. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 50. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 51. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. FIDELITY EDUCATION ACCOUNT: | | | | | | | | | |
| 53. -NH 100% Equity Contribution | | None | J | T | Buy (add'l) | 01/31/11 | J | | |
| 54. | | | | | Buy (add'l) | 02/28/11 | J | | |
| 55. | | | | | Buy (add'l) | 03/31/11 | J | | |
| 56. | | | | | Buy (add'l) | 04/29/11 | J | | |
| 57. | | | | | Buy (add'l) | 05/31/11 | J | | |
| 58. | | | | | Buy (add'l) | 06/30/11 | J | | |
| 59. | | | | | Buy (add'l) | 07/29/11 | J | | |
| 60. | | | | | Buy (add'l) | 08/31/11 | J | | |
| 61. | | | | | Buy (add'l) | 09/29/11 | J | | |
| 62. | | | | | Buy (add'l) | 10/31/11 | J | | |
| 63. | | | | | Buy (add'l) | 11/30/11 | J | | |
| 64. | | | | | Buy (add'l) | 12/30/11 | J | | |
| 65. | | | | | | | | | |
| 66. FIDELITY INVESTMENTS IRA: | | | | | | | | | |
| 67. -General Electric Common Stock | A | Dividend | K | T | | | | | |
| 68. -Fidelity Canada Mutual Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/16/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Fidelity New Markets Income Mutual Fund | B | Dividend | K | T | Sold (part) | 02/14/11 | K | C | |
| 70. -Fidelity Capital & Income Mutual Fund | A | Dividend | | | Sold (part) | 02/14/11 | K | C | |
| 71. | | | | | Sold | 02/23/11 | K | E | |
| 72. -Fidelity Strategic Income Mutual Fund | A | Dividend | | | Sold (part) | 02/14/11 | K | D | |
| 73. | | | | | Sold | 02/23/11 | K | D | |
| 74. -Dreyfus Internat'l Bond Fund Cl 1 Mutual Fund | A | Dividend | K | T | Sold (part) | 02/14/11 | K | | |
| 75. -First Eagle Global Class A Mutual Fund | B | Dividend | L | T | | | | | |
| 76. -Oakmark Equity & Income Fd 1 Mutual Fund | C | Dividend | M | T | | | | | |
| 77. -Oakmark Global Fund 1 Mutual Fund | | None | M | T | Buy | 02/15/11 | L | | |
| 78. | | | M | T | Buy (add'l) | 02/24/11 | L | | |
| 79. -Kinetics Small Cap Opportunies Mutual Fund | | None | | | Sold | 09/06/11 | J | | |
| 80. -Northern Small Cap Value Fund | | None | | | Sold | 09/06/11 | J | | |
| 81. -Permanent Portfolio Mutual Fund | B | Dividend | M | T | | | | | |
| 82. -Third Avenue Real Estate Value Mutual Fund | | None | | | Sold | 05/05/11 | K | | |
| 83. -Vanguard Wellington Mutual Fund | B | Dividend | L | T | | | | | |
| 84. -Fidelity Cash Reserve | A | Dividend | K | T | | | | | |
| 85. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. FIDELITY INVESTMENTS: | | | | | | | | | |
| 87. -Amgen Inc. Common Stock | A | Dividend | J | T | | | | | |
| 88. -The Ben Franklin Fed S&L Ass'n Common Stock | | None | J | T | | | | | |
| 89. -Johnson & Johnson Common Stock | A | Dividend | J | T | | | | | |
| 90. -Zimmer Holdings Inc. Common Stock | | None | J | T | | | | | |
| 91. -Fidelity International Discovery Mutual Fund | | None | | | Sold | 02/10/11 | J | B | |
| 92. -Fidelity Canada Mutual Fund | A | Dividend | J | T | | | | | |
| 93. -Fidelity Diversified International Mutual Fund | | None | | | Sold | 02/10/11 | J | C | |
| 94. -Fidelity New Markets Income Mutual Fund | A | Dividend | J | T | | | | | |
| 95. -Fidelity Capital & Income Mutual Fund | A | Dividend | J | T | | | | | |
| 96. -Fidelity Real Estate Investments Mutual Fund | A | Dividend | | | Sold | 09/06/11 | J | | |
| 97. -Fidelity Low-Priced Stock Mutual Fund | D | Dividend | L | T | | | | | |
| 98. -Fidelity Strategic Income Mutual Fund | A | Dividend | J | T | | | | | |
| 99. -American Balanced Class C Mutual Fund | A | Dividend | L | T | | | | | |
| 100. -Calamos Growth Fund Class C Mutual Fund | C | Dividend | L | T | | | | | |
| 101. -American Growth Fund of America Class C Mutual Fund | | None | L | T | | | | | |
| 102. -Oakmark Equity & Income Fd 1 Mutual Fund | C | Dividend | M | T | Buy (add'l) | 02/11/11 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/16/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -Oakmark Global Fund 1 Mutual Fund | | None | J | T | Buy | 02/11/11 | J | | |
| 104.  -Vanguard Wellington Fund Mutual Fund | C | Dividend | M | T | Buy (add'l) | 09/23/11 | K | | |
| 105.  -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 106. | | | | | | | | | |
| 107.  FIDELITY INVESTMENTS IRA: | | | | | | | | | |
| 108.  -Fidelity Cash Reserves | A | Dividend | J | T | | | | | |
| 109.  -Fidelity Diversified International Fund Mutual Fund | | None | | | Sold | 09/06/11 | J | B | |
| 110.  -Fidelity New Markets Income Mutual Fund | A | Dividend | J | T | | | | | |
| 111.  -Fidelity Small Cap Stock Mutual Fund | A | Dividend | | | Sold | 09/06/11 | J | A | |
| 112.  -Fidelity Capital & Income Mutual Fund | A | Dividend | J | T | | | | | |
| 113.  -Fidelity Real Estate Investment Mutual Fund | A | Dividend | | | Sold | 09/06/11 | J | | |
| 114.  -Fidelity Balanced Mutual Fund | A | Dividend | | | Sold | 09/06/11 | J | B | |
| 115.  -Fidelity Strategic Income Mutual Fund | B | Dividend | K | T | | | | | |
| 116.  -Fidelity Select Technology Mutual Fund | | None | | | Sold | 09/06/11 | J | B | |
| 117.  -Dreyfus Int'l Bond Fund Mutual Fund | A | Dividend | K | T | | | | | |
| 118.  -Oakmark Equity & Income Mutual Fund | B | Dividend | K | T | Buy (add'l) | 09/23/11 | K | | |
| 119. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  Bank of America Money Market Fund | A | Interest | M | T | | | | | |
| 121. | | | | | | | | | |
| 122.  Ltd. Partner, Deming & Ass., Roswell, NM (HUD Project) | B | Interest | J | W | | | | | |
| 123.  Ltd. Partner, Deming Apartments, LLC | | None | J | W | | | | | |
| 124. | | | | | | | | | |
| 125.  MassMutual: GP Life at 69 | A | Int./Div. | K | T | | | | | |
| 126. | | | | | | | | | |
| 127.  MassMutual: Whole Life | | None | K | T | | | | | |
| 128. | | | | | | | | | |
| 129.  New York Life (X) (see VIII): | | None | J | T | | | | | |
| 130. | | | | | | | | | |
| 131.  CBSS, LLC | | None | K | U | | | | | |
| 132. | | | | | | | | | |
| 133.  TRUST #1 (Fidelity): | | | | | | | | | |
| 134.  -Fidelity Municipal Money Market Fund | A | Interest | J | T | | | | | |
| 135.  -Fidelity Balanced Mutual Fund | A | Dividend | J | T | | | | | |
| 136.  -Fidelity Contrafund Mutual Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Whaley, Robert H. | 07/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Fidelity Dividend Growth Mutual Fund | A | Dividend | J | T | | | | | |
| 138. -Fidelity Export & Multint'l Mutual Fund | A | Dividend | J | T | | | | | |
| 139. -Fidelity Canada Mutual Fund | A | Dividend | J | T | | | | | |
| 140. -Fidelity Int'l Discovery Mutual Fund | A | Dividend | J | T | | | | | |
| 141. -Fidelity Strategic Income Mutual Fund | A | Dividend | J | T | | | | | |
| 142. -Fidelity Small Cap Stock Mutual Fund | A | Dividend | J | T | | | | | |
| 143. -Fidelity Total Bond Mutual Fund | A | Dividend | J | T | | | | | |
| 144. -Oakmark Select Mutual Fund | A | Dividend | J | T | | | | | |
| 145. | | | | | | | | | |
| 146. Trust #1, Sutter County, CA | A | Interest | | | Distributed (part) | 07/27/11 | L | | |
| 147. | | | | | Distributed (part) | 10/27/11 | K | | |
| 148. | | | | | Distributed | 12/19/11 | J | | |
| 149. | | | | | | | | | |
| 150. Trust #2: | | None | | | Distributed | 04/10/11 | J | | |
| 151. | | | | | | | | | |
| 152. WELLS FARGO: | | | | | | | | | |
| 153. -American Balanced Fund Mutual Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Capital Income Builder Mutual Fund | A | Dividend | K | T | | | | | |
| 155.  -Income Fund of America Mutual Fund | A | Dividend | K | T | | | | | |
| 156.  -Investment Company of American Mutual Fund | A | Dividend | K | T | | | | | |
| 157.  -Cash | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whaley, Robert H. | 07/16/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Page 11, Lines 122 & 123: Deming year-end values and earnings codes remain the same as 2010. 2011 information is not available at the date of filing of this disclosure because the K-1s are not yet available to the reporter.

Page 11, Line 129: New York Life insurance policy was inadvertently omitted in past filings.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert H. Whaley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544